**ANDREW F. PLASSE & ASSOCIATES LLC**
ATTORNEY AT LAW
163-07 Depot Road, Suite 205
Flushing, NY 11358-2056
[212] 695-5811

January 5, 2022

Hon. Andrew T. Baxter, U.S.M.J.
United States Courthouse
PO 7396
Syracuse, NY 13261-7396

RE: Smith v. Mitchell, et. al.
20 CV 1374 [GLS][ATB]
Status Report

Dear Judge Baxter:

    I represent the plaintiff in the above matter. The parties are scheduled to provide a Status Report on the proposed Global Settlement or file the Stipulation of Discontinuance by this date.

    I was informed that Waddell Smith was finally able to have his Release and Medicare Affidavit notarized on Monday, January 3, 2022. The closing papers were mailed out on the same date. I have not received it yet. I have discussed this information with defense counsel. In light of the foregoing, the parties respectfully request that the Court adjourn this matter for a period of two weeks to complete the filing of the Stipulation of Settlement in this matter.

    Thank you for considering my request.

Respectfully,

ANDREW F. PLASSE

AFP/gjn
cc: Diane M. Perri Roberts
Kasey Hildonen